**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**[Electronically Filed on September 29, 2006]**

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY, et. al. | ) | |
| Plaintiffs, | ) | No. 01-597C |
| v. | ) | (Judge Miller) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

As Ordered by the Court, the Parties submit this Joint Status Report ("JSR"). The Parties have reached a tentative settlement which is now going through the Department of Justice's review process.

Accordingly, the parties propose that this Court issue an Order requiring the Parties to provide a subsequent Joint Status Report no later than December 29, 2006.

Respectfully submitted,

For the Plaintiffs:

/s/ Eric J. Marcotte
Eric J. Marcotte
Winston & Strawn
1700 K Street, NW
Washington, DC 20005
202-282-5000 (Phone)
202-282-5100 (Fax)
Counsel of Record

For the Defendant:

/s/ James G. Bruen, Jr./ by /s/ Eric J. Marcotte
Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044
Telephone: 202.307.0493
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Dated: September 29, 2006