# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROLINA POWER & LIGHT CO., *et al.*,** *

Plaintiffs, *

v. * No. 01-597C

**THE UNITED STATES,** * (Filed Sept. 29, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' Joint Status Report filed this date,

**IT IS ORDERED**, as follows:

The parties shall file a subsequent Joint Status Report by December 29, 2006, if a stipulation of dismissal has not been filed by that date. The court congratulates counsel on their outstanding accomplishment in resolving this matter.

s/ Christine O. C. Miller

________________________________

**Christine Odell Cook Miller**
Judge