**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**[Electronically Filed on January 29, 2007]**

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY, et. al. | ) | |
| Plaintiffs, | ) | No. 01-597C |
| v. | ) | (Judge Miller) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the Plaintiffs hereby dismiss this action, with prejudice, by stipulation of the parties.

Respectfully submitted,

For the Plaintiffs:

/s/ Eric J. Marcotte
Eric J. Marcotte
Winston & Strawn
1700 K Street, NW
Washington, DC 20005
202-282-5000 (Phone)
202-282-5100 (Fax)
Counsel of Record

For the Defendant:

/s/ James G. Bruen, Jr./ by /s/ Eric J. Marcotte
Peter D. Keisler
Assistant Attorney General

J. Christopher Kohn
Director

James G. Bruen, Jr.
Special Litigation Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044
Telephone: 202.307.0493
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Dated: January 29, 2007